REPUBLIC CHEMICAL CORPORATION, Appellant, v. INTERCONTINENTAL STEAMSHIP LINES, INC., et al., Defendants, and BANKERS COMMERCIAL CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RENDA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of KARL F. LANDEGGER and PARSONS & WHITTEMORE, INC., for an order vacating Subpœnas Duces Tecum in an Arbitration Proceeding between ELI DE VRIES, Appellant, and PARSONS & WHITTEMORE, INC., Respondent.— Order unanimously modified by reinstating all of the subpœnas duces tecum, and eliminating Item " 3 " from the subpœnas dated November 14, 1944, and Item " 4 " from the subpœnas dated November 28, 1944, and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

REGINA C. SIMMS, Appellant, v. HERBERT L. SIMMS, Respondent.— Order so far as appealed from unanimously modified by granting item 5 of the notice of motion. Defendant, however, is not required to produce upon the examination a copy of his Federal or State income tax returns for any of the years in question. As so modified the order appealed from is affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GENEVIEVE COREY, Respondent-Appellant, v. GEORGE H. COREY, Appellant-Respondent.— Order unanimously modified by reducing the counsel fee to the sum of $250, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of GEORGE L. BIRNBAUM, Appellant, against ESTHER BROMLEY et al., as Members of the Civil Service Commission of the City of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WALTER READE, Appellant, v. RICHARD M. HUBER et al., as Trustees under the Will of FRANK V. STORRS, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LILLIAN P. W. PACKER, as Executrix of GRACE R. PABST, Deceased, Respondent, v. MAURICE RAPOPORT et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. Bill of particulars to be served within twenty days after service of order with notice of entry thereof. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of HYMAN TELLES, Appellant, for an Order Reinstating Him as a Member and as Vice-President of the Homler Progressive Society, Inc. HOMLER PROGRESSIVE SOCIETY, INC., et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See post, p. 773.]